| Com. v. Smith | 11/04/2015270 WAL (2015) | Denied | Pa.Super., 120 A.3d 1067 |
|---|---|---|---|
| Com. v. Stephens | 10/07/2015152 WAL (2015) | Denied | Pa.Super., 121 A.3d 1128 |
| Com. v. Stultz | 09/30/2015428 MAL (2015) | Denied | Pa.Super., 114 A.3d 865 |
| Com. v. Taylor | 09/28/201582, 83 WAL (2015) | Denied | Pa.Super., 116 A.3d 702 |
| Com. v. Thomas | 09/28/201597 EAL (2015) | Denied | Pa.Super., 120 A.3d 382 |
| Com. v. Thomas | 09/30/2015470 MAL (2015) | Denied | Pa.Super., 120 A.3d 375 |
| Com. v. Thomas | 10/01/2015149 WAL (2015) | Denied | Pa.Super., 121 A.3d 1128 |
| Com. v. Thompson | 09/28/2015180 MAL (2015) | Denied | Pa.Super., 120 A.3d 378 |
| Com. v. Vancliff | 10/14/2015422 MAL (2015) | Denied | Pa.Super., 122 A.3d 447 |
| Com. v. Veasley [3] | 10/07/2015241 WAL (2015) | Denied | Pa.Super., 120 A.3d 1062 |
| Com. v. Wilkerson | 09/29/2015292 MAL (2015) | Denied | Pa.Super., 120 A.3d 1054 |
| Com. v. Williams | 11/02/2015138 WAL (2015) | Denied | Pa.Super., 120 A.3d 394 |
| Com. v. Wilson | 09/29/2015222 EAL (2015) | Denied | Pa.Super., 120 A.3d 1056 |
| Com. v. Winfree | 10/07/2015318 MAL (2015) | Denied | Pa.Super., 120 A.3d 1055 |

3. Reconsideration Denied November 20, 2015.